CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar #14853
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar #12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Christopher.Burton4@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ERIC MONSIVAIS,<br><br>                    Defendant. | Case Nos. 2:13-cr-00368-JAD-VCF<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT AGAINST ERIC MONSIVAIS**<br><br>ECF No. 217 |

**Certification: This motion is timely filed.**

The government moves for leave of Court to dismiss the indictment against Eric Monsivais. The indictment charges Monsivais with Count One: *Child Exploitation Enterprise*, in violation of 18 U.S.C. § 2252A(g); Count Three: *Conspiracy to Produce Child Pornography*, in violation of 18 U.S.C. § 2251(e)*,* and Count Five: *Conspiracy to Distribute Child Pornography*, in violation of 18 U.S.C. § 2252A(a)(3) and (b)(1). The government believes that in the interest of justice the indictment should be dismissed. Accordingly, pursuant to the Federal Rule of

Criminal Procedure 48(a), the government moves for leave of Court to dismiss without prejudice the indictment against Monsivais.[1]

**DATED** this 26th day of March, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Christopher Burton*
CHRISTOPHER BURTON
Assistant United States Attorney
District of Nevada

**ORDER**

**Good cause appearing, the Government's Motion to Dismiss [ECF No. 217] is GRANTED. The indictment is dismissed without prejudice against Defendant Eric Monsivais.**

_____
U.S. District Judge
March 29, 2021

---

[1] Similarly, the government moves to dismiss the pending forfeiture allegations as against Monsivais.